USCA1 Opinion

 

 March 29, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1986 GREGORY T. MURRAY, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nancy J. Gertner, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Gregory T. Murray on brief pro se. _________________ Donald K. Stern, United States Attorney, and Julie S. Schrager, _______________ __________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. Pro se plaintiff Gregory Murray appeals a __________ ___ __ district court order that dismissed this Federal Tort Claims action for lack of jurisdiction based on plaintiff's failure to present a timely administrative claim for relief as required by 28 U.S.C. 2401(b). We have thoroughly reviewed the record and the parties' briefs on appeal. We conclude that this action was properly dismissed for the reasons stated in the district court's order.1 Accordingly, the 1 judgment of the district court is summarily affirmed. See ________ ___ Local Rule 27.1.   ____________________ 1Plaintiff contends that the district court failed to 1 recognize that the Department of Veterans Affairs (DVA) did not give him copies of the records of the hospitalization in issue until after the filing deadline had passed. The point is irrelevant, for it is clear that plaintiff's cause of action accrued long before he requested his medical records. Moreover, nothing in the record suggests that the DVA prevented the plaintiff from obtaining these records well before the filing deadline expired. -3-